**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL P. HOLMES,　　　　　　　　　　　　Case No. 12-11625

　　　　　Plaintiff,　　　　　　　　　　　　　　Honorable Arthur J. Tarnow
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge
v.

ANGELA T. HOLMES.

　　　　　Defendant.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR
APPOINTMENT OF COUNSEL [23]**

　　　　On August 9, 2012, the Court held a phone conference in this case. Plaintiff requested that the Court appoint counsel on his behalf. On August 13, 2012, Plaintiff filed a Motion for Appointment of Counsel [23]. The parties appeared for a scheduled evidentiary hearing on August 16, 2012.

　　　　At the hearing, the Court notified Plaintiff that there was an attorney interested in representing him, if he was open to postponing the hearing so that the attorney could become familiar with the case. Plaintiff refused and stated that he would prefer to represent himself.

　　　　Accordingly,

　　　　IT IS ORDERED that Plaintiff's Motion for Appointment of Counsel [23] is DENIED.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　s/Arthur J. Tarnow
　　　　　　　　　　　　　　　　　　　　　　　Arthur J. Tarnow
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

　　　　　　　　　　　　　　　　　　　　　　　Dated: August 23, 2012

1